548 A.2d 546

**COMMONWEALTH of Pennsylvania**

v.

**Howard ALBRIGHT, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 30, 1988.

Decided Oct. 20, 1988.

Kenneth R. Sottile, Spangler, for appellant.

Timothy P. Creany, Dist. Atty., Theresa Homady, Asst. Dist. Atty., Ebensburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Order of Superior Court reversed, on the ground that the appellant's right of cross-examination was violated. *See,*

*e.g., Commonwealth v. Brown,* 490 Pa. 560, 417 A.2d 181 (1980); *Commonwealth v. Dawson,* 486 Pa. 321, 405 A.2d 1230 (1979); *Commonwealth v. Sullivan,* 485 Pa. 392, 402 A.2d 1019 (1979); *Commonwealth v. Hamm,* 474 Pa. 487, 378 A.2d 1219 (1977); *Commonwealth v. Ravenell,* 448 Pa. 162, 292 A.2d 365 (1972); *Commonwealth v. Cheatham,* 429 Pa. 198, 239 A.2d 293 (1968); *Commonwealth v. Updegrove,* 413 Pa. 599, 198 A.2d 534 (1964); *see also Davis v. Alaska,* 415 U.S. 308, 94 S.Ct. 1105, 39 L.Ed.2d 347 (1974).

PAPADAKOS, J., dissents.